UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TOWER OIL & GAS CO. OF**                        **CIVIL ACTION**
**TEXAS, ET AL.**

**VERSUS**                                                         **NO. 10-3011**

**BRAMMER ENGINNERING,**
**INC., ET AL.**                                             **SECTION: "C" (3)**

## ORDER AND REASONS

Before the Court is Plaintiffs' Motion to Alter or Amend this Court's Order and Reasons of August 26, 2011 (Rec. Docs. 100, 102). No opposition has been filed.

IT IS ORDERED that Plaintiffs' Motion to Alter or Amend this Court's Order and Reasons of August 26, 2011 is AMENDED insofar as the above-captioned action is DISMISSED without prejudice. Judgment shall issue accordingly.

New Orleans, Louisiana, this 20th day of September, 2011.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE